CIARDI, K.

v.

CIARDI, A.

2568 EDA 2016

Superior Court of Pennsylvania.

09/19/2017

No. 00649N2011
PACSES No. 563112476
(Chester)

Affirmed

COM.

v.

HALL, T.

3075 EDA 2016

Superior Court of Pennsylvania.

09/19/2017

CP–51–CR–0004620–2012 (Philadelphia)

Affirmed

COM.

v.

LEE, F.

3023 EDA 2016

Superior Court of Pennsylvania.

09/19/2017

CP–51–CR–0206981–1983 (Philadelphia)

Affirmed

COM.

v.

WILSON, S.

3129 EDA 2016

Superior Court of Pennsylvania.

09/19/2017

Reargument Denied 10/18/2017

CP–46–CR–0002060–1997 (Montgomery)

Affirmed